**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Hashin Alli Oneil, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-002126

---

Appeal From York County
The Honorable John C. Hayes, III, Trial Judge
The Honorable G. Edward Welmaker,
Post-Conviction Relief Judge

---

Memorandum Opinion No. 2015-MO-003
Submitted January 13, 2015 – Filed January 21, 2015

---

**AFFIRMED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for
Petitioner.

Attorney General Alan M. Wilson, Chief Deputy
Attorney General John W. McIntosh, Senior Assistant
Deputy Attorney General Salley W. Elliott, and Assistant
Attorney General J. Rutledge Johnson, all of Columbia,
for Respondent.

---

**PER CURIAM:**   Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

We deny the petition as to Petitioner's Question 2.  Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on petitioner's Question 1 and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner's conviction and sentence are affirmed.  *See State v. Baccus*, 367 S.C. 41, 49, 625 S.E.2d 216, 220 (2006) ("Probable cause for a warrantless arrest exists when the circumstances within the arresting officer's knowledge are sufficient to lead a reasonable person to believe that a crime has been committed by the person being arrested.").

**AFFIRMED.**

**TOAL, C.J.,  PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**